Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC WAYNE DAVIS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>E. ALAMEIDA, et al.,<br><br>　　　　Defendants. | Case No. CV 05-5039-CBM (OP)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

///
///
///

IT IS ADJUDGED that Judgment be entered (that the District Court issue an Order: (1) approving and adopting this Report and Recommendation; (2) granting summary judgment in favor of all Defendants; and (3) directing that Judgment be entered dismissing this action with prejudice.

DATED: 3/24/09

HONORABLE CONSUELO B. MARSHALL
Senior United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge