Priority ——
Send ——
Enter ——
Closed ——
~~JS-5~~/JS-6 ——
JS-2/JS-3 ——
Scan Only ——

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC WAYNE DAVIS, | Case No. CV 05-5039-CBM  (OP) |
|       Plaintiff, | J U D G M E N T |
|     vs. | |
| E. ALAMEIDA, et al., | |
|       Defendants. | |

Pursuant    to    the    Order    Adopting    Findings,    Conclusions,    and Recommendations of the United States Magistrate Judge,

/ / /

/ / /

/ / /

1      IT IS THEREFORE RECOMMENDED that the District Court issue an Order:

2  (1) approving and adopting this Report and Recommendation; (2) granting summary

3  judgment in favor of all Defendants; and (3) directing that Judgment be entered

4  dismissing this action with prejudice.

5

6

7  DATED: 3/24/09

8                     HONORABLE CONSUELO B. MARSHALL
                           Senior United States District Judge

9

10  Prepared by:

11

12  HONORABLE OSWALD PARADA
     United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28